# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | MJ No. 19-6087-MPK |
| ) | |
| FELICITY HUFFMAN, ) | |
| *Defendant*  ) | |

## NOTICE OF APPEARANCE OF MARTIN F. MURPHY

Martin F. Murphy hereby files his Notice of Appearance for Felicity Huffman.

Respectfully submitted,

FELICITY HUFFMAN
By his attorneys,

*/s/ Martin F. Murphy*
Martin F. Murphy BBO # 363250
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: 617-832-1000
Facsimile: 617-832-7000
mmurphy@foleyhoag.com

DATED: March 18, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 18th day of March 2019.

*Martin F. Murphy*
Martin F. Murphy

B4958931.1