UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | MJ No. 19-6087-MPK |
| | ) | |
| FELICITY HUFFMAN, | ) | |
| *Defendant* | ) | |

### DEFENDANT FELICITY HUFFMAN'S MOTION TO CONTINUE

Defendant respectfully requests that the Court continue the date for defendant Felicity Huffman's initial appearance from Friday, March 29, 2019 to a date soon thereafter convenient to the Court and the parties. As grounds for her Motion, defendant states that her counsel, Martin F. Murphy, is scheduled to travel out of state for personal reasons on the evening of Thursday, March 28, 2019, returning Sunday evening, March 31, 2019. Counsel and defendant could be present at any date and time the Court selects the following week (commencing April 1, 2019) except the morning of Wednesday, April 3, 2019, when counsel is arguing a case in the First Circuit.

Counsel for the government has informed defense counsel that the government takes no position on this Motion.

WHEREFORE, defendant respectfully requests that the Court continue defendant's initial appearance to a date and time convenient to the Court and the parties.

1

<013>

                          Respectfully submitted,

                          FELICITY HUFFMAN
                          By her attorneys,

                          */s/ Martin F. Murphy*
                          Martin F. Murphy BBO # 363250
                          Foley Hoag LLP
                          Seaport West
                          155 Seaport Boulevard
                          Boston, Massachusetts 02210-2600
                          Telephone: 617-832-1000
                          Facsimile: 617-832-7000
                          mmurphy@foleyhoag.com

DATED: March 18, 2019

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 18th day of March 2019.

                          *Martin F. Murphy*
                          Martin F. Murphy

B4964999.1